WILSON & CO. v. CASS COUNTY ET AL.

1. **Taxation:** SEPARATE ASSESSMENT OF NURSERY STOCK AND LAND: ERROR WITHOUT DAMAGE: INJUNCTION. Nursery stock growing upon land is part of the realty, and should be assessed with the land; but where by a misconception it was assessed as personalty, but the rate of taxation on personalty and realty was the same, the owner was not damaged by the error; and an injunction to restrain the collection of the tax on the stock was properly refused.

*Appeal from Cass District Court.*

WEDNESDAY, JUNE 16.

THE plaintiff's are the owners of certain land, upon which they maintain, cultivate and carry on a general nursery busi-ness. The nursery stock, consisting of plants and trees in process of growth, was assessed for the year 1885 by the township assessor as personal property. At the same time the real estate whereon said nursery stock was situated and growing was assessed for taxation at its fair and reasonable value. The plaintiffs seek by this action to enjoin the defendants from levying and collecting any taxes upon the assessment of the nursery stock. The petition of the plaint-iffs sets forth the above facts in substance. There was a demurrer to the petition. The demurrer was sustained, and plaintiffs appeal.

*James B. Bruff*, for appellants.

*John W. Scott*, for appellees.

ROTHROCK, J.—The nursery stock was not personal prop-perty. It was part of the realty. *Price v. Brayton*, 19 Iowa, 309; *Adams v. Beadle*, 47 Id., 439. The assessor should have made but one estimate of the value of the land and nursery stock. It was an error to make separate assessments. But we are unable to see how the plaintiffs were prejudiced by the error. The rate of taxation on real

and personal property is the same, and it is not to be pre-sumed that the valuation placed on the land included the value of the nursery.    It was merely a valuation in two parts, instead of an aggregate valuation, and, if there was any object in making a correction, application should have been made to the board of equalization.    *Macklot v. City of Dav-enport* 17 Iowa, 379; *Nugent v. Bates,* 51 Id., 77; *Powers v. Bowman,* 53 Id., 359; *Leonard v. Madison Co.,* 64 Iowa, 418.

The demurrer to the petition was correctly sustained.

AFFIRMED.